UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER WATTS,<br><br>Defendant. | 3:11-CR-30164-RAL<br><br><br>REPORT AND RECOMMENDATIONS CONCERNING ADMISSIONS TO SUPERVISED RELEASE REVOCATION PETITION AND ORDER OF DETENTION |

The above-captioned matter came on before the Court on Thursday, December 4, 2014, pursuant to the standing order of designation entered by the active District Judges of this District and 18 U.S.C. §3401(i). Plaintiff, United States of America, appearing through counsel, Timothy M. Maher, Assistant United States Attorney, and Defendant, Roger Watts, appeared personally and with his court-appointed counsel, Edward G. Albright, Assistant Federal Public Defender. Defendant thereafter admitted that he had previously been placed on supervised release, that the allegations set forth in Paragraphs 1, 3 and 5 of the Petition to Revoke Supervised Release, Docket No. 30, were true and that he had violated the terms and conditions of his supervised release. After examining Defendant, the Court found that his admissions were knowingly and

voluntarily made and that a factual basis existed for the same. Based on the foregoing, the Court

RECOMMENDS that Defendant's admissions be accepted, that his supervised release be revoked and that a dispositional hearing be held pursuant to 18 U.S.C. §3583(e).

There being no objection from Defendant or counsel, it is hereby

ORDERED that a supplemental presentence investigation report shall be forthwith prepared by the United States Probation Office. It is further

ORDERED that Defendant shall remain committed to the custody of the Attorney General or his designated representative for confinement in an appropriate corrections/detention facility pending the holding of her dispositional hearing or until further order of a judicial officer of this District.

DATED this 4th day of December, 2014.

BY THE COURT:

_____
MARK A. MORENO
UNITED STATES MAGISTRATE JUDGE